IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Justin Boyko,                                :
                                             :
                                             :
                                             :
         Plaintiff,                          : (Judge Conaboy)
    vs.                                      :
                                             :3:16-CV-2211
                                             :
Montgomery Ward, Inc.                        :
                                             :
                                             :
         Defendant.
                          ORDER OF DISMISSAL

FILED
SCRANTON
FEB 0 7 2017
Per_____
DEPUTY CLERK

Counsel having reported to the Court that the above action has been settled,

IT IS ORDERED that this action is hereby dismissed without prejudice to the right, upon good cause shown within sixty (60) days, to reinstate the action if the settlement is not consummated.

*(signature)*
Richard P. Conaboy
United States District Judge

DATE: February 7, 2017